U.S. DISTRICT COURT – N.D. OF N.Y.
**FILED**
Apr 02 - 2025
John M. Domurad, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | Criminal No.  5:25-CR-138 (ECC) |
| | ) | |
| v. | ) | **Indictment** |
| | ) | |
| **SETH ANDREW DEMICELI,** | ) | Violation: 21 U.S.C. § 841(a)(1) [Possession with Intent to Distribute a Controlled Substance] |
| **Defendant.** | ) | |
| | ) | 1 Count |
| | ) | County of Offense:  Jefferson |

## THE GRAND JURY CHARGES:

### COUNT 1
**[Possession with Intent to Distribute a Controlled Substance]**

On or about January 16, 2025, in Jefferson County in the Northern District of New York, and elsewhere, the defendant, **SETH ANDREW DEMICELI**, knowingly and intentionally possessed with intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).  That violation involved 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(b)(1)(A).

Dated:  April 2, 2025

A TRUE BILL,

\*\* GRAND JURY FOREPERSON NAME REDACTED \*\*

Grand Jury Foreperson

JOHN A. SARCONE III
United States Attorney

By: _____
Benjamin A. Gillis
Assistant United States Attorney
Bar Roll No. 704915